IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MARIA MURGUÍA                                                                               PLAINTIFF

V.                              CASE NO. 5:20-CV-5221

CHARISSE CHILDERS, in her official
Capacity as Director of the Arkansas
Division of Workforce Services                                                       DEFENDANT

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order (Doc. 165), **IT IS HEREBY ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED AND ADJUDGED** on this 22 day of July, 2022.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE